## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>                        Plaintiff,<br><br>       v.<br><br>CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.; DLJ MORTGAGE CAPITAL, INC.; UBS REAL ESTATE SECURITIES INC.; CREDIT SUISSE SECURITIES (USA) LLC; UBS SECURITIES LLC; LEE FARKAS; PAUL R. ALLEN; RAY BOWMAN; DELTON DE'ARMAS; DESIREE E. BROWN; ANDREW A. KIMURA; JEFFREY A. ALTABEF; EVELYN ECHEVARRIA; MICHAEL A. MARRIOTT; and THOMAS ZINGALLI,<br><br>                    Defendants. | Civil Action No. 11-cv-30048-MAP |

## <u>NOTICE OF APPEARANCE</u>

Please enter the appearances of Jonathan Sablone and Matthew T. McLaughlin, of Nixon Peabody LLP, 100 Summer Street, Boston, Massachusetts  02110, as attorneys representing Defendants DLJ Mortgage Capital, Inc., Credit Suisse First Boston Mortgage Securities Corp. and Credit Suisse Securities (USA) LLC in the above-captioned action.

Dated:  March 22, 2011

13398670.1

Respectfully Submitted,


 /s/ Matthew T. McLaughlin
Jonathan Sablone (BBO No. 632998)
Matthew T. McLaughlin (BBO No. 660878)
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts  02110
Tel:  (617) 345-1000
Fax:  (617) 345-1300
jsablone@nixonpeabody.com
mmclaughlin@nixonpeabody.com


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed electronically with the
Court through the Electronic Case Files system on March 22, 2011, will be sent electronically to
registered counsel of record as identified on the Notice of Electronic Filing ("NEF").

 /s/ Matthew T. McLaughlin
                Matthew T. McLaughlin