UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>                                      Plaintiff,<br><br>v.<br><br>CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.; DLJ MORTGAGE CAPITAL, INC.; UBS REAL ESTATE SECURITIES INC.; CREDIT SUISSE SECURITIES (USA) LLC; UBS SECURITIES LLC; LEE FARKAS; PAUL R. ALLEN; RAY BOWMAN; DELTON DE'ARMAS; DESIREE E. BROWN; ANDREW A. KIMURA; JEFFREY A. ALTABEF; EVELYN ECHEVARRIA; MICHAEL A. MARRIOTT; THOMAS ZINGALLI; DAVID MARTIN; PER DYRVIK, HUGH CORCORAN; and PETER SLAGOWITZ,<br><br>                                      Defendants. | Civil Action No. 11-cv-30048-MAP |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORPORATION; DLJ MORTGAGE CAPITAL, INC.; AND CREDIT SUISSE SECURITIES (USA) LLC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, Defendants Credit Suisse First Boston Mortgage Securities Corporation, DLJ Mortgage Capital, Inc. and Credit Suisse Securities (USA) LLC, by their undersigned counsel, certify as follows:

Credit Suisse First Boston Mortgage Securities Corporation is a wholly-owned subsidiary of Credit Suisse Management LLC, which is a wholly-owned subsidiary of Credit Suisse (USA), Inc.  DLJ Mortgage Capital, Inc. and Credit Suisse Securities (USA) LLC are also wholly-owned subsidiaries of Credit Suisse (USA), Inc.  Credit Suisse (USA), Inc. is a wholly-

owned subsidiary of Credit Suisse Holdings (USA), Inc., which is a jointly-owned subsidiary of (1) Credit Suisse Group AG, (2) Credit Suisse Group AG, Guernsey Branch, which is a branch of Credit Suisse Group AG, and (3) Credit Suisse AG.  Credit Suisse AG has publicly registered debt securities and warrants in the United States and elsewhere.  Credit Suisse AG is a wholly-owned subsidiary of Credit Suisse Group AG, which is a corporation organized under the laws of the Country of Switzerland and whose shares are publicly traded on the SIX Swiss Exchange and are also listed on the New York Stock Exchange in the form of American Depositary Shares.

        Respectfully submitted,

        CREDIT SUISSE FIRST BOSTON
        MORTGAGE SECURITIES
        CORPORATION, DLJ MORTGAGE
        CAPITAL, INC., AND CREDIT SUISSE
        SECURITIES (USA) LLC

        By their attorneys:

        /s/ Matthew T. McLaughlin
        Jonathan Sablone (BBO No. 632998)
        Matthew T. McLaughlin (BBO No. 660878)
        NIXON PEABODY LLP
        100 Summer Street
        Boston, Massachusetts  02110
        Tel:  (617) 345-1000
        Fax:  (617) 345-1300
        jsablone@nixonpeabody.com
        mmclaughlin@nixonpeabody.com

Dated: March 22, 2011

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, which was filed electronically with the Court through the Electronic Case Files system on March 22, 2011, will be sent electronically to registered counsel of record as identified on the Notice of Electronic Filing ("NEF").

                                                  /s/ Matthew T. McLaughlin
                                                         Matthew T. McLaughlin