THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC., DLJ MORTGAGE CAPITAL, INC.; UBS REAL ESTATE SECURITIES, INC.; CREDIT SUISSE SECURITIES (USA) LLC; UBS SECURITIES LLC; LEE FARKAS; PAUL R. ALLEN, RAY BOWMAN; DELTON DE'ARMAS; DESIREE E. BROWN; ANDREW A. KIMURA; JEFFREY A. ALTABEF; EVELYN ECHEVARRIA; MICHAEL A. MARRIOTT; THOMAS ZINGALLI; DAVID MARTIN; PER DYRVIK; HUGH CORCORAN; and PETER SLAGOWTIZ, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:11-cv-30048-MAP |
| Defendants. | ) ) | |

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of the Defendants UBS Securities LLC, UBS Real Estate Securities, Inc., and Mortgage Asset Securitization Transactions, Inc. in the above captioned matter.

Respectfully submitted,

   /s/ Kathy B. Weinman
Kathy B. Weinman (BBO No. 541993)
**COLLORA LLP**
600 Atlantic Avenue

2

                                                      Boston, MA  02210  
                                                     Telephone:  617-371-1000  
                                                     Fax: 617-371-1037  
DATED:     March 25, 2011                     kweinman@collorallp.com

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing on March 25, 2011.

                                              */s/ Kathy B. Weinman*  
                                              Kathy B. Weinman

DATED:     March 25, 2011