THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC., DLJ MORTGAGE CAPITAL, INC.; UBS REAL ESTATE SECURITIES, INC.; CREDIT SUISSE SECURITIES (USA) LLC; UBS SECURITIES LLC; LEE FARKAS; PAUL R. ALLEN, RAY BOWMAN; DELTON DE'ARMAS; DESIREE E. BROWN; ANDREW A. KIMURA; JEFFREY A. ALTABEF; EVELYN ECHEVARRIA; MICHAEL A. MARRIOTT; THOMAS ZINGALLI; DAVID MARTIN; PER DYRVIK; HUGH CORCORAN; and PETER SLAGOWTIZ, <br><br> Defendants. | Civil Action No. 3:11-cv-30048-MAP |

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of the Defendants UBS Securities LLC, UBS Real Estate Securities, Inc., and Mortgage Asset Securitization Transactions, Inc. in the above captioned matter.

Respectfully submitted,

  */s/ Azure Abuirmeileh*
Azure Abuirmeileh (BBO No. 670325)
**COLLORA LLP**
600 Atlantic Avenue

```
                                        Boston, MA  02210
                                        Telephone:  617-371-1000
                                        Fax: 617-371-1037
DATED:      March 25, 2011              aabuirmeileh@collorallp.com
```

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing on March 25, 2011.

                                                     /s/ Azure Abuirmeileh_
                                                   Azure Abuirmeileh

DATED:      March 25, 2011