THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                        )
MASSACHUSETTS MUTUAL LIFE               )
INSURANCE COMPANY,                      )
                                        )
                 Plaintiff,             )
                                        )
        v.                              )
                                        )
CREDIT SUISSE FIRST BOSTON              )
MORTGAGE SECURITIES CORP.;              )   Civil Action No. 3:11-cv-30048-MAP
MORTGAGE ASSET SECURITIZATION           )
TRANSACTIONS, INC., DLJ MORTGAGE        )
CAPITAL, INC.; UBS REAL ESTATE          )
SECURITIES, INC.; CREDIT SUISSE         )
SECURITIES (USA) LLC; UBS SECURITIES    )
LLC; LEE FARKAS; PAUL R. ALLEN, RAY     )
BOWMAN; DELTON DE'ARMAS; DESIREE        )
E. BROWN; ANDREW A. KIMURA;             )
JEFFREY A. ALTABEF; EVELYN              )
ECHEVARRIA; MICHAEL A. MARRIOTT;        )
THOMAS ZINGALLI; DAVID MARTIN; PER      )
DYRVIK; HUGH CORCORAN; and PETER        )
SLAGOWTIZ,                              )
                 Defendants.            )
_____)

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS
UBS SECURITIES LLC; UBS REAL ESTATE SECURITIES, INC.;
AND MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and Rule 7.3(A) of the

Local Rules of the United States District Court for the District of Massachusetts, Defendants

UBS Securities LLC, UBS Real Estate Securities, Inc., and Mortgage Asset Securitization

Transactions, Inc., by their undersigned counsel, state as follows:

1.     UBS Securities LLC is jointly owned by UBS AG and UBS Americas, Inc.  UBS

Americas, Inc., is wholly owned by UBS AG.  No publicly-held corporation owns more than

10% of the stock of UBS AG.

2.     UBS Real Estate Securities, Inc. is wholly owned by UBS AG.

3.     Mortgage Asset Securitization Transactions, Inc. is wholly owned by UBS

Americas, Inc.

<div style="margin-left: 40%;">

Respectfully submitted,

UBS SECURITIES LLC;
UBS REAL ESTATE SECURITIES INC.; AND
MORTGAGE ASSET SECURITIZATION
TRANSACTIONS, INC.

By their attorneys:

    /s/ Kathy B. Weinman
Kathy B. Weinman (BBO No. 541993)
Azure Abuirmeileh (BBO No. 670325)
**COLLORA LLP**
600 Atlantic Avenue
Boston, MA  02210
Telephone:  617-371-1000
Fax: 617-371-1037
kweinman@collorallp.com
aabuirmeileh@collorallp.com
</div>

DATED:  March 25, 2011

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing on March 25, 2011.

    /s/ Kathy B. Weinman
Kathy B. Weinman

DATED:        March 25, 2011