THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC., DLJ MORTGAGE CAPITAL, INC.; UBS REAL ESTATE SECURITIES, INC.; CREDIT SUISSE SECURITIES (USA) LLC; UBS SECURITIES LLC; LEE FARKAS; PAUL R. ALLEN, RAY BOWMAN; DELTON DE'ARMAS; DESIREE E. BROWN; ANDREW A. KIMURA; JEFFREY A. ALTABEF; EVELYN ECHEVARRIA; MICHAEL A. MARRIOTT; THOMAS ZINGALLI; DAVID MARTIN; PER DYRVIK; HUGH CORCORAN; and PETER SLAGOWTIZ,<br>　　　　　Defendants. | Civil Action No. 3:11-cv-30048-MAP |

### *ASSENTED TO* REQUEST FOR
### EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants UBS Securities LLC, UBS Real Estate Securities Inc., and Mortgage Asset Securitization Transactions, Inc. (collectively "UBS") hereby request that the Court approve an extension of time until April 29, 2011, for UBS to answer or otherwise respond to the Complaint filed by Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual"). In support of this request, UBS states as follows:

　　1.　　MassMutual filed its Complaint with the Court on February 25, 2011.

2.  The Complaint was served on UBS on March 1, 2011.

3.  The Complaint contains numerous allegations and raises complex factual and legal issues regarding the alleged offer and sale of certain residential mortgage-backed securities to MassMutual.

4.  Additional time is needed by counsel for UBS to assess the allegations set forth in the Complaint before answering or otherwise responding to the Complaint.

5.  Counsel for MassMutual has authorized us to represent that MassMutual consents to the requested extension.

Accordingly, the UBS Corporate Defendants respectfully request that the time to answer or otherwise respond to the Complaint be extended to April 29, 2011.

## LOCAL RULE 7.1 CERTIFICATION

I, Kathy B. Weinman, certify that counsel for Plaintiffs, have assented to this motion after conference.

Respectfully submitted,

UBS SECURITIES LLC;
UBS REAL ESTATE SECURITIES INC.; AND
MORTGAGE ASSET SECURITIZATION
TRANSACTIONS, INC.

By their attorneys:

　　/s/ Kathy B. Weinman
Kathy B. Weinman (BBO No. 541993)
Azure Abuirmeileh (BBO No. 670325)
**COLLORA LLP**
600 Atlantic Avenue

|  |  |
|---|---|
|  | Boston, MA  02210 |
|  | Telephone:  617-371-1000 |
|  | Fax: 617-371-1037 |
|  | kweinman@collorallp.com |
| DATED:  March 25, 2011 | aabuirmeileh@collorallp.com |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing on March 25, 2011.

  /s/ *Kathy B. Weinman*
Kathy B. Weinman

DATED: March 25, 2011