UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>                                        Plaintiff,<br><br>                    v.<br><br>CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.; DLJ MORTGAGE CAPITAL, INC.; UBS REAL ESTATE SECURITIES INC.; CREDIT SUISSE SECURITIES (USA) LLC; UBS SECURITIES LLC; LEE FARKAS; PAUL R. ALLEN; RAY BOWMAN; DELTON DE'ARMAS; DESIREE E. BROWN; ANDREW A. KIMURA; JEFFREY A. ALTABEF; EVELYN ECHEVARRIA; MICHAEL A. MARRIOTT; THOMAS ZINGALLI; DAVID MARTIN; PER DYRVIK, HUGH CORCORAN; and PETER SLAGOWITZ,<br><br>                                        Defendants. | Civil Action No. 11-cv-30048-MAP |

## **NOTICE OF APPEARANCE**

Please enter the appearance of Matthew T. McLaughlin, of Nixon Peabody LLP, 100 Summer Street, Boston, Massachusetts 02110, as an attorney representing Defendants Andrew A. Kimura, Jeffrey A. Altabef, Evelyn Echevarria, Michael A. Marriott, and Thomas Zingalli in the above-captioned matter.

By filing this Notice, the above named Defendants do not consent to personal jurisdiction and expressly preserve their right to challenge the Court's personal jurisdiction over them.

Dated:  April 25, 2011

12587084.1

Respectfully Submitted,


   /s/ Matthew T. McLaughlin
Matthew T. McLaughlin (BBO No. 660878)
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts  02110
Tel:  (617) 345-1000
Fax:  (617) 345-1300
jsablone@nixonpeabody.com
mmclaughlin@nixonpeabody.com


### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed electronically with the Court through the Electronic Case Files system on April 25, 2011, will be sent electronically to registered counsel of record as identified on the Notice of Electronic Filing ("NEF").

   /s/ Matthew T. McLaughlin
                Matthew T. McLaughlin