UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>                             Plaintiff,<br><br>            v.<br><br>CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.; DLJ MORTGAGE CAPITAL, INC.; UBS REAL ESTATE SECURITIES INC.; CREDIT SUISSE SECURITIES (USA) LLC; UBS SECURITIES LLC; LEE FARKAS; PAUL R. ALLEN; RAY BOWMAN; DELTON DE'ARMAS; DESIREE E. BROWN; ANDREW A. KIMURA; JEFFREY A. ALTABEF; EVELYN ECHEVARRIA; MICHAEL A. MARRIOTT; THOMAS ZINGALLI; DAVID MARTIN; PER DYRVIK, HUGH CORCORAN; and PETER SLAGOWITZ,<br><br>                            Defendants. | Civil Action No. 11-cv-30048-MAP |

## NOTICE OF APPEARANCE

Please enter the appearance of Jonathan Sablone, of Nixon Peabody LLP, 100 Summer Street, Boston, Massachusetts 02110, as an attorney representing Defendants Andrew A. Kimura, Jeffrey A. Altabef, Evelyn Echevarria, Michael A. Marriott, and Thomas Zingalli in the above-captioned matter.

By filing this Notice, the above named Defendants do not consent to personal jurisdiction and expressly preserve their right to challenge the Court's personal jurisdiction over them.

Dated: April 25, 2011

12587084.1

        Respectfully Submitted,

        <u>/s/ Jonathan Sablone</u>
        Jonathan Sablone (BBO No. 632998)
        NIXON PEABODY LLP
        100 Summer Street
        Boston, Massachusetts  02110
        Tel:  (617) 345-1000
        Fax:  (617) 345-1300
        jsablone@nixonpeabody.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, which was filed electronically with the Court through the Electronic Case Files system on April 25, 2011, will be sent electronically to registered counsel of record as identified on the Notice of Electronic Filing ("NEF").

        <u>/s/ Jonathan Sablone</u>
        Jonathan Sablone