UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Massachusetts Mutual Life Insurance Company,<br><br>*Plaintiff,*<br><br>v.<br><br>Credit Suisse First Boston Mortgage Securities Corp.; Mortgage Asset Securitization Transactions, Inc.; DLJ Mortgage Capital, Inc.; UBS Real Estate Securities Inc.; Credit Suisse Securities (USA) LLC; UBS Securities LLC; Lee Farkas; Paul R. Allen; Ray Bowman; Delton De'Armas; Desiree E. Brown; Andrew A. Kimura; Jeffrey A. Altabef; Evelyn Echevarria; Michael A. Marriott; Thomas Zingalli; David Martin; Per Dyrvik; Hugh Corcoran; and Peter Slagowitz,<br><br>*Defendants.* | Civil Action No. 11-cv-30048-MAP |
| Massachusetts Mutual Life Insurance Company,<br><br>*Plaintiff,*<br><br>v.<br><br>DLJ Mortgage Capital, Inc.; Credit Suisse First Boston Mortgage Securities Corp.; Credit Suisse Securities (USA) LLC (f/k/a Credit Suisse First Boston LLC); Andrew A. Kimura; Jeffery A. Altabef; Evelyn Echevarria; Michael A. Marriott; and Thomas Zingalli,<br><br>*Defendants.* | Civil Action No. 11-cv-30047-MAP |

## **DECLARATION OF ANDREW A. KIMURA**

I, Andrew A. Kimura, declare as follows:

1. I make this declaration in support of my motion to dismiss the complaint for lack of personal jurisdiction. I have personal knowledge of the facts set forth in this declaration.

2. I reside in Irvington, New York.

3. I previously resided in Massachusetts from 1979 to 1984 while I was attending college.

4. I do not own or lease any real property in Massachusetts.

5. I do not maintain any bank account in Massachusetts.

6. I do not file tax returns in Massachusetts.

7. I do not maintain an office, place of business, postal address or telephone listing in Massachusetts.

8. I do not regularly conduct or solicit business or engage in any persistent course of conduct in Massachusetts.

9. I have never invoked Massachusetts judicial process by commencing a lawsuit in Massachusetts nor otherwise consented to the jurisdiction of any court in Massachusetts.

I declare under the pains and penalty of perjury that the foregoing is true and accurate.

Executed on this 29th day of April, 2011.

_____
Andrew A. Kimura