UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.; DJL MORTGAGE CAPITAL, INC.; UBS REAL ESTATE SECURITIES INC.; CREDIT SUISSE SECURITIES (USA) LLC; UBS SECURITIES LLC; LEE FARKAS; PAUL R. ALLEN; RAY BOWMAN; DELTON DE'ARMAS; DESIREE E. BROWN; ANDREW A. KIMURA; JEFFREY A. ALTABEF; EVELYN ECHEVARRIA; MICHAEL A. MARRIOTT; THOMAS ZINGALLI, DAVID MARTIN; PER DYRVIK; HUGH CORCORAN; and PETER SLAGOWITZ, <br><br> Defendants. | Civil Action No. 3:11-30048-MAP |

**MOTION FOR STATUS CONFERENCE**

Now comes plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual") in the above-captioned matter and asks the Court to schedule a status conference on July 27, 2011 with respect to the schedule both for argument on the defendants' motions to dismiss and for discovery.  As grounds for this motion, MassMutual submits that it would be productive at this point for the Court and the parties to establish a schedule for both items, given the legal and factual matters at issue.

MassMutual asks that the Court conduct a combined, concurrent conference on the following cases: Civil Action No. 3:11-30035; Civil Action No. 3:11-30039; Civil Action No. 3:11-30044; Civil Action No. 3:11-30047; and Civil Action No. 3:11-30048.  MassMutual is the

plaintiff in all of these cases, and the cases share a common briefing schedule on all defendants' motions to dismiss, as ordered by this Court. For the convenience of the Court and the parties, MassMutual asks that the Court establish a combined discovery schedule as well.

Alternatively, if the Court's calendar cannot accommodate the proposed conference on July 27, 1011, MassMutual requests a conference with the Magistrate Judge for the same purpose.

## LOCAL RULE 7.1 CERTIFICATION

I, Stephen E. Spelman, certify that counsel for the plaintiff has conferred in good faith with counsel for the defendants in an attempt to resolve this issue.

Respectfully submitted,
Massachusetts Mutual Insurance Company

*/s/ Stephen E. Spelman*
Edward J. McDonough Jr., Esq. – BBO#331590
Stephen E. Spelman, Esq. – BBO#632089
Egan, Flanagan and Cohen, P.C.
67 Market Street – P. O. Box 9035
Springfield, MA 01102-9035
ejm@efclaw.com; ses@efclaw.com

### CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 19th day of July 2011.

*/s/ Stephen E. Spelman*
Stephen E. Spelman, Esq.