IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.; DLJ MORTGAGE CAPITAL, INC.; UBS REAL ESTATE SECURITIES INC.; CREDIT SUISSE SECURITIES (USA) LLC; UBS SECURITIES LLC; LEE FARKAS; PAUL R. ALLEN; RAY BOWMAN; DELTON DE'ARMAS; DESIREE E. BROWN; ANDREW A. KIMURA; JEFFREY A. ALTABEF; EVELYN ECHEVARRIA; MICHAEL A. MARRIOTT; THOMAS ZINGALLI; DAVID MARTIN; PER DYRVIK; HUGH CORCORAN; and PETER SLAGOWITZ,<br><br>    Defendants. | Civil Action No. 3:11-30048-MAP |

**MASSMUTUAL'S MOTION TO STRIKE
CERTAIN PURPORTED DEFENSES**

Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual") hereby moves, pursuant to Federal Rule of Civil Procedure 12(f), for an order striking the following affirmative defenses asserted in the Amended Answers of Defendants Credit Suisse Securities (USA) LLC ("Credit Suisse") and UBS Securities LLC ("UBS," and together with Credit Suisse, "Defendants"):

- Fifth Defense (Credit Suisse);

1

- Sixth Defense (Credit Suisse, to the extent it asserts MassMutual "should have known" of the misstatements or omissions);

- Seventh Defense (Credit Suisse, to the extent it asserts MassMutual did not "reasonably or justifiably rely" on the misstatements or omissions);

- Eleventh Defense (Credit Suisse and UBS);

- Twelfth Defense (Credit Suisse, to the extent it asserts MassMutual "assumed the risks" or had "constructive knowledge");

- Twelfth Defense (UBS, to the extent it asserts MassMutual "should have known" of the misstatements or omissions);

- Thirteenth Defense (Credit Suisse);

- Fifteenth Defense (UBS);

- Seventeenth Defense (UBS, to the extent it purports to assert a loss causation defense);

- Nineteenth Defense (UBS, to the extent it asserts MassMutual "assumed the risks" or had "constructive knowledge");

- Twentieth Defense (Credit Suisse);

- Twentieth Defense (UBS, to the extent it asserts MassMutual did not "reasonably or justifiably rely" on the misstatements or omissions);

- Twenty-Third Defense (Credit Suisse); and

- Twenty-Sixth Defense (UBS).

This Motion should be granted because, as more fully explained in MassMutual's accompanying Memorandum of Law, each of the above defenses is a legally invalid defense to the straightforward claim asserted against Defendants under the Massachusetts Uniform Securities Act. Each purported defense presents no question of law or fact that might allow Defendants to prevail, and threatens to burden MassMutual and the Court by unnecessarily broadening the scope of discovery and even trial.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Law in support thereof, the pleadings and records on file in this action, any matters of which the Court may take judicial notice, and any further argument as may be present on this motion.

This Motion is made following the conference of counsel pursuant to Local Rule 7(a)(2), which took place on April 12, 2012.

DATED:  May 9, 2012                EGAN, FLANAGAN AND COHEN, P.C.
                                          By:      /s/ Edward J. McDonough Jr.
                                               Edward J. McDonough Jr. (BBO 331590)
                                               Stephen E. Spelman (BBO 632089)
                                               Egan, Flanagan and Cohen, P.C.
                                               67 Market Street, P.O. Box 9035
                                               Springfield, Massachusetts  01102
                                               Telephone:  (413) 737-0260
                                               Fax:  (413) 737-0121
                                               ejm@efclaw.com;
                                               ses@efclaw.com

                                               MASSACHUSETTS MUTUAL LIFE
                                               INSURANCE COMPANY

                                               Mark Roellig (BBO 669117)
                                               Executive Vice President and General Counsel
                                               Bernadette Harrigan (BBO 635103)
                                               Assistant Vice President & Counsel
                                               Eleanor P. Williams (BBO 667201)
                                               Assistant Vice President & Counsel
                                               Massachusetts Mutual Life Insurance Company
                                               1295 State Street
                                               Springfield, Massachusetts  01111
                                               Telephone:  (413) 788-8411
                                               Fax:  (413) 226-4268
                                               bharrigan@massmutual.com;
                                               ewilliams@massmutual.com

Of counsel:

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Philippe Z. Selendy (admitted *pro hac*)
Jennifer J. Barrett (admitted *pro hac*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:  (212) 849-7000
Fax:  (212) 849-7100

A. William Urquhart (admitted *pro hac*)
Harry A. Olivar, Jr. (admitted *pro hac*)
Molly Stephens (admitted *pro hac*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone:  (213) 443-3000
Fax:  (213) 443-3100

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 9th day of May, 2012.

      */s/ Edward J. McDonough Jr.*
      _____
      Edward J. McDonough Jr.