UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>RESIDENTIAL FUNDING COMPANY, LLC (F/K/A RESIDENTIAL FUNDING CORPORATION); RESIDENTIAL ACCREDIT LOANS, INC.; RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC.; RESIDENTIAL ASSET SECURITIES CORPORATION; RESIDENTIAL FUNDING SECURITIES, LLC (F/K/A RESIDENTIAL FUNDING SECURITIES CORPORATION); UBS SECURITIES LLC; BRUCE J. PARADIS; DAVEE L. OLSON; DAVID C. WALKER; KENNETH M. DUNCAN; RALPH T. FLEES; JAMES G. JONES; and DAVID M. BRICKER,<br><br>Defendants. | Civil Action No. 3:11-30035-MAP |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DB STRUCTURED PRODUCTS, INC.; DEUTSCHE ALT-A SECURITIES, INC.; ACE SECURITIES CORP.; DEUTSCHE BANK SECURITIES INC.; ANILESH AHUJA; JEFFREY LEHOCKY; MICHAEL COMMAROTO; JOSEPH RICE; RICHARD D'ALBERT; RICHARD FERGUSON; DOUGLAS JOHNSON; EVELYN ECHEVARRIA; and JULIANA JOHNSON,<br><br>Defendants. | Civil Action No. 3:11-30039-MAP |

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> RBS FINANCIAL PRODUCTS INC. (F/K/A GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.); RBS ACCEPTANCE INC. (F/K/A GREENWICH CAPITAL ACCEPTANCE, INC.); FINANCIAL ASSET SECURITIES CORP.; RBS SECURITIES INC. (F/K/A GREENWICH CAPITAL MARKETS, INC.); JOSEPH N. WALSH III; ROBERT J. MCGINNIS; CAROL P. MATHIS; JOHN C. ANDERSON; and JAMES M. ESPOSITO, <br><br> Defendants. | Civil Action No. 3:11-30044-MAP |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> DLJ MORTGAGE CAPITAL, INC.; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; CREDIT SUISSE SECURITIES (USA) LLC (F/K/A CREDIT SUISSE FIRST BOSTON LLC); ANDREW A. KIMURA; JEFFREY A. ALTABEF; EVELYN ECHEVARRIA; MICHAEL A. MARRIOTT; and THOMAS ZINGALLI, <br><br> Defendants. | Civil Action No. 3:11-30047-MAP |

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, </br></br> Plaintiff, </br></br> v. </br></br> CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.; DJL MORTGAGE CAPITAL, INC.; UBS REAL ESTATE SECURITIES INC.; CREDIT SUISSE SECURITIES (USA) LLC; UBS SECURITIES LLC; LEE FARKAS; PAUL R. ALLEN; RAY BOWMAN; DELTON DE'ARMAS; DESIREE E. BROWN; ANDREW A. KIMURA; JEFFREY A. ALTABEF; EVELYN ECHEVARRIA; MICHAEL A. MARRIOTT; THOMAS ZINGALLI, DAVID MARTIN; PER DYRVIK; HUGH CORCORAN; and PETER SLAGOWITZ, </br></br> Defendants. | Civil Action No. 3:11-30048-MAP |

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>       v.<br><br>JPMORGAN CHASE BANK, N.A.; J.P. MORGAN MORTGAGE ACQUISITION CORPORATION; J.P. MORGAN SECURITIES LLC; J.P. MORGAN ACCEPTANCE CORPORATION I; DAVID M. DUZYK; LOUIS SCHIOPPO, JR.; WILLIAM A. KING; EMC MORTGAGE CORPORATION; STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.; BEAR STEARNS ASSET BACKED SECURITIES I LLC; COHEN LEGACY, LLC; JEFFREY L. VERSCHLEISER; MICHAEL B. NIERENBERG; JEFFREY MAYER; THOMAS F. MARANO; JOSEPH T. JURKOWSKI, JR.; MATTHEW E. PERKINS; SAMUEL L. MOLINARO, JR.; WAMU ASSET ACCEPTANCE CORPORATION; WAMU CAPITAL CORPORATION; WASHINGTON MUTUAL MORTGAGE SECURITIES CORPORATION; RICHARD CAREAGA; DAVID BECK; DIANE NOVAK; THOMAS GREEN; and ROLLAND JURGENS,<br><br>              Defendants. | Civil Action No. 3:11-30094-MAP |

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>GOLDMAN SACHS MORTGAGE COMPANY; GOLDMAN, SACHS & CO., INC.; AMERICAN HOME MORTGAGE SECURITIES LLC; AMERICAN HOME MORTGAGE ASSETS LLC; BEAR STEARNS ASSET BACKED SECURITIES I LLC; J.P. MORGAN SECURITIES LLC; BARCLAYS CAPITAL INC.; UBS SECURITIES LLC; MICHAEL STRAUSS; STEPHEN A. HOZIE; THOMAS M. MCDONAGH; ALAN B. HORN; JOSEPH T. JURKOWSKI, JR.; MATTHEW E. PERKINS; SAMUEL L. MOLINARO, JR.; and THOMAS F. MARANO,<br><br>    Defendants. | Civil Action No. 3:11-30126-MAP |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>IMPAC FUNDING CORPORATION; IMPAC SECURED ASSETS CORP.; J.P. MORGAN SECURITIES LLC; RICHARD J. JOHNSON; and JOSEPH R. TOMKINSON,<br><br>    Defendants. | Civil Action No. 3:11-30127-MAP |

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION; HSI ASSET SECURITIZATION CORPORATION; HSBC SECURITIES (USA) INC.; NEAL LEONARD; GERARD MATTIA; TODD WHITE; and JON VOIGTMAN,<br><br>        Defendants. | Civil Action No. 3:11-30141-MAP |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>        Defendants. | Civil Action No. 3:11-30215-MAP |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; DEUTSCHE BANK SECURITIES INC.; GOLDMAN, SACHS & CO., INC; J.P. MORGAN SECURITIES LLC; and RBS SECURITIES INC.,<br><br>        Defendants. | Civil Action No. 3:11-30285-MAP |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Massachusetts Local Rule 83.5.3(b), Edward J. McDonough Jr., Esq. and Stephen E. Spelman, Esq., members in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, move for the admission of Safia G. Hussain, a member of the Bars of the States of New York and California, to this Court for the purpose of representing plaintiff Massachusetts Mutual Life Insurance Company in the above-captioned matters, and state as follows:

1. Safia G. Hussain is an associate at Quinn Emanuel Urquhart & Sullivan, LLP, 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.  The telephone number is (213) 443-3000.

2. Safia G. Hussain is a member in good standing of the Bars of the States of New York and California, as evidenced by the Certificates of Good Standing attached hereto as Exhibit 1.  There are no disciplinary proceedings pending against her as a member of these bars in any jurisdiction.  *See* Affidavit of Safia G. Hussain attached hereto as Exhibit 2.

3. Safia G. Hussain is familiar with the applicable provisions of the Local Rules of the United States District Court for the District of Massachusetts.

4. Edward J. McDonough Jr., and Stephen E. Spelman, members of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, will continue to represent the plaintiff if this motion is granted.

5. Pursuant to Local Rule 7.1(A)(2), plaintiff has conferred with counsel for the defendants that have appeared in these matters, and they have no objection to granting this motion.

WHEREFORE, the plaintiff respectfully requests that Safia G. Hussain be admitted to practice before this Court *pro hac vice* for the purpose of appearing as counsel for the plaintiff in the above-referenced proceedings in accordance with the Rules of this Court.

>FOR THE PLAINTIFF
>
>BY THEIR ATTORNEYS,
>
>*/s/ Edward J. McDonough Jr.*
>_____
>Edward J. McDonough Jr., Esq.  BBO# 331590
>Stephen E. Spelman, Esq.  BBO# 632089
>EGAN, FLANAGAN AND COHEN, P.C.
>67 Market Street - P.O. Box 9035
>Springfield, MA 01102-9035
>(413) 737-0260; Fax: (413) 737-0121
>ejm@efclaw.com

### CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 19th day of November, 2012.

                                        /s/ Edward J. McDonough Jr.
                                        _____
                                        Edward J. McDonough Jr., Esq.