# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) | Civil Action No. 3:11-30035-MAP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RESIDENTIAL FUNDING COMPANY, LLC (F/K/A RESIDENTIAL FUNDING CORPORATION), et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) | Civil Action No. 3:11-30039-MAP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DB STRUCTURED PRODUCTS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) | Civil Action No. 3:11-30044-MAP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RBS FINANCIAL PRODUCTS INC. (F/K/A GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.), et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

MASSACHUSETTS MUTUAL LIFE INSURANCE
COMPANY,

                    Plaintiff,

        v.

DLJ MORTGAGE CAPITAL, INC., et al.,

                    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 3:11-30047-MAP

MASSACHUSETTS MUTUAL LIFE INSURANCE
COMPANY,

                    Plaintiff,

        v.

CREDIT SUISSE FIRST BOSTON MORTGAGE
SECURITIES CORP., et al.,

                    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 3:11-30048-MAP

MASSACHUSETTS MUTUAL LIFE INSURANCE
COMPANY,

                    Plaintiff,

        v.

JPMORGAN CHASE BANK, N.A., et al.,

                    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 3:11-30094-MAP

MASSACHUSETTS MUTUAL LIFE INSURANCE
COMPANY,

    Plaintiff,

    v.

GOLDMAN SACHS MORTGAGE COMPANY, et al.,

    Defendants.

    )
    )
    ) Civil Action No. 3:11-30126-MAP

MASSACHUSETTS MUTUAL LIFE INSURANCE
COMPANY,

    Plaintiff,

    v.

IMPAC FUNDING CORPORATION, et al.,

    Defendants.

    ) Civil Action No. 3:11-30127-MAP

MASSACHUSETTS MUTUAL LIFE INSURANCE
COMPANY,

    Plaintiff,

    v.

HSBC BANK USA, NATIONAL ASSOCIATION, et
al.,

    Defendants.

    ) Civil Action No. 3:11-30141-MAP

**JOINT SUBMISSION OF THE STIPULATION AND [PROPOSED] ORDER FOR THE PRODUCTION AND EXCHANGE OF CONFIDENTIAL INFORMATION**

Pursuant to the Court's December 4, 2012 Scheduling Order, the parties have negotiated a joint proposed protective order for the production and exchange of confidential information in the above-captioned actions.  They have reached agreement as to all but one provision, and they hereby submit their joint proposed protective order without the disputed provision as Exhibit A. The text of the disputed provision proposed by Defendants is set forth in Exhibit B. Concurrently with this joint submission, MassMutual, which opposes inclusion of the disputed provision in the protective order, and Defendants, which favor the inclusion of the disputed provision, will file separate submissions with the Court setting forth their respective positions.

DATED:  December 14, 2012                     EGAN, FLANAGAN AND COHEN, P.C.

By:   */s/ Edward J. McDonough Jr.*
   Edward J. McDonough Jr. (BBO 331590)
   Stephen E. Spelman (BBO 632089)
   Egan, Flanagan and Cohen, P.C.
   67 Market Street, P.O. Box 9035
   Springfield, Massachusetts  01102
   Telephone:  (413) 737-0260
   Fax:  (413) 737-0121
ejm@efclaw.com; ses@efclaw.com

Of counsel:

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Philippe Z. Selendy (admitted *pro hac*)
Jennifer J. Barrett (admitted *pro hac*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Fax (212) 849-7100

A. William Urquhart (admitted *pro hac*)
Harry A. Olivar, Jr. (admitted *pro hac*)
Molly Stephens (admitted *pro hac*)

865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Fax (213) 443-3100

By   */s/ Kathy B. Weinman* _____
 Kathy B. Weinman (BBO #541993)
 Azure Abuirmeileh (BBO #670325)
  COLLORA LLP
  100 High Street, 20th Floor
  Boston, Massachusetts 02110
  Telephone:  (617) 371-1000
  Fax:  (617) 371-1037
  kweinman@collorallp.com
  aabuirmeileh@collorallp.com

 Of Counsel:

 Thomas C. Rice (admitted *pro hac vice*)
 David J. Woll (admitted *pro hac vice*)
 Alan Turner (admitted *pro hac vice*)
  SIMPSON THACHER & BARTLETT LLP
  425 Lexington Avenue
  New York, New York 10017
  Telephone:  (212) 455-2000
  Fax:  (212) 455-2502
  trice@stblaw.com
  dwoll@stblaw.com
  aturner@stblaw.com

 *Counsel for Defendants Deutsche Bank Securities*
 *Inc., Anilesh Ahuja, Michael Commaroto, Richard*
 *D'Albert and Richard Ferguson*

 *Counsel for Defendants RBS Securities Inc., Joseph*
 *N. Walsh III, Robert J. McGinnis, Carol P. Mathis*
 *and James M. Esposito*

 *Counsel for Defendants UBS Securities LLC and Per*
 *Dyrvik*

By    */s/ Jonathan Sablone*_____

    Jonathan Sablone (BBO #632998)
    Matthew T. McLaughlin (BBO #660878)
     NIXON PEABODY LLP
     100 Summer Street
     Boston, Massachusetts 02110
     Telephone:  (617) 345-1342
     Fax:  (866) 947-1729
     jsablone@nixonpeabody.com
     mmclaughlin@nixonpeabody.com

    Of Counsel:

    Richard W. Clary (admitted *pro hac vice*)
    Julie A. North (admitted *pro hac vice*)
    Michael T. Reynolds (admitted *pro hac vice*)
     CRAVATH, SWAINE & MOORE LLP
     825 Eighth Avenue
     New York, New York 10019
     Telephone:  (212) 474-1000
     Fax:  (212) 474-3700
     rclary@cravath.com
     jnorth@cravath.com
     mreynolds@cravath.com

    *Counsel for Defendants Credit Suisse Securities*
    *(USA) LLC and Jeffrey A. Altabef*


By    */s/ Jeffrey L. McCormick*_____

    Jeffrey L. McCormick (BBO #329740)
     ROBINSON DONOVAN, P.C.
     1500 Main Street, Suite 1600
     Springfield, Massachusetts 01115
     Telephone:  (413) 732-2301
     Fax:  (413) 785-4658
     jmccormick@robinsondonovan.com

    *Counsel for Defendants J.P. Morgan Securities LLC,*
    *WaMu Capital Corporation, Joseph T. Jurkowski,*
    *Jr., David M. Duzyk, Louis Schioppo, Jr., William A.*
    *King, Thomas F. Marano, Michael B. Nierenberg,*
    *Jeffrey L. Verschleiser, David Beck, Diane Novak,*
    *and Samuel L. Molinaro, Jr.*

3

Of Counsel:

Robert H. Baron (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
J. Wesley Earnhardt (admitted *pro hac vice*)
  CRAVATH, SWAINE & MOORE LLP
  825 Eighth Avenue
  New York, NY 10019
  Telephone:  (212) 474-1000
  Fax:  (212) 474-3700
  rbaron@cravath.com
  kdemasi@cravath.com
  wearnhardt@cravath.com

*Counsel for Defendants J.P. Morgan Securities LLC,*
*WaMu Capital Corporation, Joseph T. Jurkowski,*
*Jr., David M. Duzyk, Louis Schioppo, Jr., and*
*William A. King*

Of Counsel:

Joel C. Haims (admitted *pro hac vice*)
LaShann M. DeArcy (admitted *pro hac vice*)
  MORRISON & FOERSTER LLP
  1290 Avenue of the Americas
  New York, New York 10104
  Telephone:  (212) 468-8000
  Fax:  (212) 468-7900
  jhaims@mofo.com
  ldearcy@mofo.com

*Counsel for Defendants Thomas F. Marano and*
*Michael B. Nierenberg*

4

Of Counsel:

Dani R. James (admitted *pro hac vice*)
Jade A. Burns (admitted *pro hac vice*)
   KRAMER LEVIN NAFTALIS & FRANKEL LLP
   1177 Avenue of the Americas
   New York, NY 10036
   Telephone:  (212) 715-9100
   Fax:  (212) 715-8000
   djames@kramerlevin.com
   jburns@kramerlevin.com

*Counsel for Defendant Jeffrey L. Verschleiser*

Of Counsel:

Theresa Trzaskoma (admitted *pro hac vice*)
David Elbaum (admitted *pro hac vice*)
   BRUNE & RICHARD LLP
   One Battery Park Plaza
   New York, NY  10004
   Telephone  (212) 668-1900
   Fax:  (212) 668-0315
   ttrzaskoma@bruneandrichard.com
   delbaum@bruneandrichard.com

*Counsel for Defendants David Beck and Diane
Novak*

Of Counsel:

Pamela Rogers Chepiga (admitted *pro hac vice*)
Josephine A. Cheatham (admitted *pro hac vice*)
   ALLEN & OVERY LLP
   1121 Avenue of the Americas
   New York, New York 10020
   Telephone:  (212) 765-1125
   pamela.chepiga@allenovery.com

*Counsel for Defendant Samuel L. Molinaro, Jr.*

By   */s/ Philip A. O'Connell, Jr.*
    Philip A. O'Connell, Jr. (BBO #649343)
    SNR DENTON US LLP
    101 Federal Street, Suite 2750
    Boston, Massachusetts 02110
    Telephone:  (617) 235-6802
    Fax:  (617) 235-6899
    philip.oconnelljr@snrdenton.com

Of Counsel:

Sandra D. Hauser (admitted *pro hac vice*)
Patrick E. Fitzmaurice (admitted *pro hac vice*)
    SNR DENTON US LLP
    1221 Avenue of the Americas
    New York, New York 10020
    Telephone:  (212) 768-6700
    Fax:  (212) 768-6800
    sandra.hauser@snrdenton.com
    patrick.fitzmaurice@snrdenton.com

*Counsel for Defendant Matthew E. Perkins*

By   */s/ Michael Pastore*
　　Michael Pastore (BBO #669692)
　　　GREENBERG TRAURIG, LLP
　　　One International Place
　　　Boston, MA  02110
　　　Telephone:  (617) 310-6000
　　　Fax:  (617) 310-6001
　　　pastorem@gtlaw.com

　　Of Counsel:

　　Richard A. Edlin (admitted *pro hac vice*)
　　Ronald D. Lefton (admitted *pro hac vice*)
　　Candace Camarata (admitted *pro hac vice*)
　　　GREENBERG TRAURIG, LLP
　　　200 Park Avenue
　　　New York, NY  10166
　　　Telephone: (212) 801-9200
　　　Fax: (212)801-6400
　　　edlinr@gtlaw.com
　　　leftonr@gtlaw.com
　　　camaratac@gtlaw.com

　　*Counsel for Defendant Jeffrey Mayer*

By   */s/ Mark A. Berthiaume*                

    Mark A. Berthiaume (BBO #041715)
    GREENBERG TRAURIG, LLP
    One International Place
    Boston, Massachusetts 02110
    Telephone:  (617) 310-6007
    Fax:  (617) 310-6001
    berthiaumem@gtlaw.com

Of Counsel:

Richard H. Klapper (admitted *pro hac vice*)
David M.J. Rein (admitted *pro hac vice*)
    SULLIVAN & CROMWELL LLP
    125 Broad Street
    New York, NY 10004-2498
    Telephone:  (212) 558-4000
    Fax:  (212) 558-3588
    klapperr@sullcrom.com
    reind@sullcrom.com

*Counsel for Defendant Goldman, Sachs & Co.*

By   */s/ Gary R. Greenberg*
    Gary R. Greenberg (BBO #209420)
    GREENBERG TRAURIG, LLP
    One International Place
    Boston, MA 02110
    Telephone:  (617) 310-6000
    Fax:  (617) 310-6001
    greenbergg@gtlaw.com

    Of Counsel:

    Joseph J. Frank (admitted *pro hac vice*)
    Steven J. Fink (admitted *pro hac vice*)
    Matthew L. Craner (admitted *pro hac vice*)
    Charles J. Ha (admitted *pro hac vice*)
    ORRICK HERRINGTON & SUTCLIFFE LLP
    51 W. 52nd Street
    New York, NY 10019
    Telephone:  (212) 506-5000
    Fax:  (212) 506-5151
    jfrank@orrick.com
    sfink@orrick.com
    mcraner@orrick.com
    charlesha@orrick.com

    *Counsel for Defendant Barclays Capital Inc.*

By   */s/ Joseph F. Ryan*
    Joseph F. Ryan (BBO #435720)
    LYNE, WOODWORTH & EVARTS LLP
    12 Post Office Square
    Boston, Massachusetts 02109
    Telephone:  (617) 523-6655
    Fax:  (617) 248-9877
    JRyan@lwelaw.com

    Of Counsel:

    John M. Conlon (admitted *pro hac vice*)
    MAYER BROWN LLP
    1675 Broadway
    New York, New York 10019-5820
    Telephone:  (212) 506-2500
    Fax:  (212) 262-1910
    jconlon@mayerbrown.com

9

Damien J. Marshall (admitted *pro hac vice*)
Andrew Z. Michaelson (admitted *pro hac vice*)
  BOIES, SCHILLER & FLEXNER LLP
  575 Lexington Avenue, 7th Floor
  New York, New York 10022
  Tel:  (212) 446-2300
  Fax:  (212) 446-2350
  dmarshall@bsfllp.com
  amichaelson@bsfllp.com

Jonathan M. Shaw (admitted *pro hac vice*)
  BOIES, SCHILLER & FLEXNER LLP
  5301 Wisconsin Avenue, N.W.
  Washington, DC 20015
  Tel:  (212) 237-2727
  Fax:  (212) 237-6131
  jshaw@bsfllp.com

Edward J. Normand (admitted *pro hac vice*)
  BOIES, SCHILLER & FLEXNER LLP
  333 Main Street
  Armonk, NY 10504
  Tel:  (914) 749-8200
  Fax:  (914) 749-8300
  enormand@bsfllp.com

*Counsel for Defendants HSBC Securities (USA) Inc.,*
*Neal Leonard, Gerard Mattia, Todd White and Jon*
*Voigtman*

By   */s/ Brandon F. White*

Brandon F. White (BBO #525020)
K. Neil Austin (BBO #657204)
Richard G. Baldwin (BBO #670984)
FOLEY HOAG LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Telephone:  (617) 832-1000
Fax:  (617) 832-7000
bfwhite@foleyhoag.com
naustin@foleyhoag.com
rbaldwin@foleyhoag.com

*Counsel for Defendants Residential Funding
Securities LLC and Bruce J. Paradis*

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 14th day of December, 2012.


*/s/ Edward J. McDonough Jr.*
_____
Edward J. McDonough Jr.