# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) ) ) | Civil Action No. 3:11-30039-MAP-KPN |
| Plaintiff, | ) ) | |
| v. | ) ) ) | |
| DB STRUCTURED PRODUCTS, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) ) | |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) ) ) | Civil Action No. 3:11-30044-MAP-KPN |
| Plaintiff, | ) ) | |
| v. | ) ) ) | |
| RBS FINANCIAL PRODUCTS INC. (F/K/A GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.), et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) ) ) | Civil Action No. 3:11-30047-MAP-KPN |
| Plaintiff, | ) ) | |
| v. | ) ) ) | |
| DLJ MORTGAGE CAPITAL, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., et al.,<br><br>Defendants. | Civil Action No. 3:11-30048-MAP-KPN |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>Defendants. | Civil Action No. 3:11-30094-MAP-KPN |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GOLDMAN SACHS MORTGAGE COMPANY, et al.,<br><br>Defendants. | Civil Action No. 3:11-30126-MAP-KPN |

MASSACHUSETTS MUTUAL LIFE INSURANCE
COMPANY,

        Plaintiff,

        v.

IMPAC FUNDING CORPORATION, et al.,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 3:11-30127-MAP-KPN

MASSACHUSETTS MUTUAL LIFE INSURANCE
COMPANY,

        Plaintiff,

        v.

HSBC BANK USA, NATIONAL ASSOCIATION, et
al.,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 3:11-30141-MAP-KPN

## JOINT MOTION TO EXTEND THE TIME TO FILE THE PARTIES' JOINT EXPERT PROPOSAL BY ONE BUSINESS DAY

    Plaintiff Massachusetts Mutual Life Insurance Company and Defendants in the above-captioned actions (collectively, the "Parties") jointly respectfully request that they be allowed one (1) extra business day to file their joint proposal for expert discovery (the "Proposal") required by the Court's December 4, 2012 Scheduling Order.  The Proposal is otherwise due today, February 8, 2013.  Although the Parties have been working diligently to prepare the Proposal, they request an extra business day to finalize it because of, among other things, the snowstorm affecting the Northeast.  The Parties therefore respectfully jointly request that the Court permit the Proposal to be filed on February 11, 2013 instead of February 8, 2013.

DATED:  February 8, 2013

       By */s/ Jeffrey L. McCormick*

        Jeffrey L. McCormick (BBO #329740)
        ROBINSON DONOVAN, P.C.
        1500 Main Street, Suite 1600
        Springfield, Massachusetts 01115
        Telephone:  (413) 732-2301
        Fax:  (413) 785-4658
        jmccormick@robinsondonovan.com

        *Counsel for Defendants J.P. Morgan Securities LLC, WaMu Capital Corporation, Joseph T. Jurkowski, Jr., David M. Duzyk, Louis Schioppo, Jr., William A. King, Thomas F. Marano, Michael B. Nierenberg, Jeffrey L. Verschleiser, David Beck, Diane Novak, and Samuel L. Molinaro, Jr.*

Of Counsel:

Robert H. Baron (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
J. Wesley Earnhardt (admitted *pro hac vice*)
  CRAVATH, SWAINE & MOORE LLP
  825 Eighth Avenue
  New York, NY 10019
  Telephone:  (212) 474-1000
  Fax:  (212) 474-3700
  rbaron@cravath.com
  kdemasi@cravath.com
  wearnhardt@cravath.com

*Counsel for Defendants J.P. Morgan Securities LLC,*
*WaMu Capital Corporation, Joseph T. Jurkowski,*
*Jr., David M. Duzyk, Louis Schioppo, Jr., and*
*William A. King*

Of Counsel:

Joel C. Haims (admitted *pro hac vice*)
LaShann M. DeArcy (admitted *pro hac vice*)
  MORRISON & FOERSTER LLP
  1290 Avenue of the Americas
  New York, New York 10104
  Telephone:  (212) 468-8000
  Fax:  (212) 468-7900
  jhaims@mofo.com
  ldearcy@mofo.com

*Counsel for Defendants Thomas F. Marano and*
*Michael B. Nierenberg*

2

Of Counsel:

Dani R. James (admitted *pro hac vice*)
Jade A. Burns (admitted *pro hac vice*)
  KRAMER LEVIN NAFTALIS & FRANKEL LLP
  1177 Avenue of the Americas
  New York, NY 10036
  Telephone:  (212) 715-9100
  Fax:  (212) 715-8000
  djames@kramerlevin.com
  jburns@kramerlevin.com

*Counsel for Defendant Jeffrey L. Verschleiser*

Of Counsel:

Theresa Trzaskoma (admitted *pro hac vice*)
David Elbaum (admitted *pro hac vice*)
  BRUNE & RICHARD LLP
  One Battery Park Plaza
  New York, NY  10004
  Telephone  (212) 668-1900
  Fax:  (212) 668-0315
  ttrzaskoma@bruneandrichard.com
  delbaum@bruneandrichard.com

*Counsel for Defendants David Beck and Diane Novak*

Of Counsel:

Pamela Rogers Chepiga (admitted *pro hac vice*)
Josephine A. Cheatham (admitted *pro hac vice*)
  ALLEN & OVERY LLP
  1221 Avenue of the Americas
  New York, New York 10020
  Telephone:  (212) 765-1125
  pamela.chepiga@allenovery.com
  allie.cheatham@allenovery.com

*Counsel for Defendant Samuel L. Molinaro, Jr.*

By   */s/ Philip A. O'Connell, Jr.*
    Philip A. O'Connell, Jr. (BBO #649343)
    SNR DENTON US LLP
    101 Federal Street, Suite 2750
    Boston, Massachusetts 02110
    Telephone:  (617) 235-6802
    Fax:  (617) 235-6899
    philip.oconnelljr@snrdenton.com

Of Counsel:

Sandra D. Hauser (admitted *pro hac vice*)
Patrick E. Fitzmaurice (admitted *pro hac vice*)
    SNR DENTON US LLP
    1221 Avenue of the Americas
    New York, New York 10020
    Telephone:  (212) 768-6700
    Fax:  (212) 768-6800
    sandra.hauser@snrdenton.com
    patrick.fitzmaurice@snrdenton.com

*Counsel for Defendant Matthew E. Perkins*

By   */s/ Michael Pastore*
   Michael Pastore (BBO #669692)
    GREENBERG TRAURIG, LLP
    One International Place
    Boston, MA  02110
    Telephone:  (617) 310-6000
    Fax:  (617) 310-6001
    pastorem@gtlaw.com

Of Counsel:

Richard A. Edlin (admitted *pro hac vice*)
Ronald D. Lefton (admitted *pro hac vice*)
Candace Camarata (admitted *pro hac vice*)
   GREENBERG TRAURIG, LLP
   200 Park Avenue
   New York, NY  10166
   Telephone: (212) 801-9200
   Fax: (212)801-6400
   edlinr@gtlaw.com
   leftonr@gtlaw.com
   camaratac@gtlaw.com

*Counsel for Defendant Jeffrey Mayer*

By   */s/ Kathy B. Weinman*
    Kathy B. Weinman (BBO #541993)
    Azure Abuirmeileh (BBO #670325)
     COLLORA LLP
     100 High Street, 20th Floor
     Boston, Massachusetts 02110
     Telephone:  (617) 371-1000
     Fax:  (617) 371-1037
     kweinman@collorallp.com
     aabuirmeileh@collorallp.com

    Of Counsel:

    Thomas C. Rice (admitted *pro hac vice*)
    David J. Woll (admitted *pro hac vice*)
    Alan Turner (admitted *pro hac vice*)
     SIMPSON THACHER & BARTLETT LLP
     425 Lexington Avenue
     New York, New York 10017
     Telephone:  (212) 455-2000
     Fax:  (212) 455-2502
     trice@stblaw.com
     dwoll@stblaw.com
     aturner@stblaw.com

    *Counsel for Defendants Deutsche Bank Securities Inc., Anilesh Ahuja, Michael Commaroto, Richard D'Albert and Richard Ferguson*

    *Counsel for Defendants RBS Securities Inc., Joseph N. Walsh III, Robert J. McGinnis, Carol P. Mathis and James M. Esposito*

    *Counsel for Defendants UBS Securities LLC and Per Dyrvik*

By  */s/ Jonathan Sablone*
   Jonathan Sablone (BBO #632998)
   Matthew T. McLaughlin (BBO #660878)
    NIXON PEABODY LLP
    100 Summer Street
    Boston, Massachusetts 02110
    Telephone:  (617) 345-1342
    Fax:  (866) 947-1729
    jsablone@nixonpeabody.com
    mmclaughlin@nixonpeabody.com

Of Counsel:

Richard W. Clary (admitted *pro hac vice*)
Julie A. North (admitted *pro hac vice*)
Richard J. Stark (admitted *pro hac vice*)
Michael T. Reynolds (admitted *pro hac vice*)
Lauren A. Moskowitz (admitted *pro hac vice*)
  CRAVATH, SWAINE & MOORE LLP
  825 Eighth Avenue
  New York, New York 10019
  Telephone:  (212) 474-1000
  Fax:  (212) 474-3700
  rclary@cravath.com
  jnorth@cravath.com
  rstark@cravath.com
  mreynolds@cravath.com
  lmoskowitz@cravath.com

*Counsel for Defendants Credit Suisse Securities
(USA) LLC and Jeffrey A. Altabef*

By   */s/ Mark A. Berthiaume*
    Mark A. Berthiaume (BBO #041715)
    GREENBERG TRAURIG, LLP
    One International Place
    Boston, Massachusetts 02110
    Telephone:  (617) 310-6007
    Fax:  (617) 310-6001
    berthiaumem@gtlaw.com

Of Counsel:

Richard H. Klapper (admitted *pro hac vice*)
David M.J. Rein (admitted *pro hac vice*)
    SULLIVAN & CROMWELL LLP
    125 Broad Street
    New York, NY 10004-2498
    Telephone:  (212) 558-4000
    Fax:  (212) 558-3588
    klapperr@sullcrom.com
    reind@sullcrom.com

*Counsel for Defendant Goldman, Sachs & Co.*

By   */s/ Gary R. Greenberg*

Gary R. Greenberg (BBO #209420)
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Telephone:  (617) 310-6000
Fax:  (617) 310-6001
greenbergg@gtlaw.com

Of Counsel:

Joseph J. Frank (admitted *pro hac vice*)
Steven J. Fink (admitted *pro hac vice*)
Matthew L. Craner (admitted *pro hac vice*)
Charles J. Ha (admitted *pro hac vice*)
ORRICK HERRINGTON & SUTCLIFFE LLP
51 W. 52nd Street
New York, NY 10019
Telephone:  (212) 506-5000
Fax:  (212) 506-5151
jfrank@orrick.com
sfink@orrick.com
mcraner@orrick.com
charlesha@orrick.com

*Counsel for Defendant Barclays Capital Inc.*

By   */s/ Joseph F. Ryan*
   Joseph F. Ryan (BBO #435720)
    LYNE, WOODWORTH & EVARTS LLP
    12 Post Office Square
    Boston, Massachusetts 02109
    Telephone:  (617) 523-6655
    Fax:  (617) 248-9877
    JRyan@lwelaw.com

   Of Counsel:

   John M. Conlon (admitted *pro hac vice*)
   Michael O. Ware (admitted *pro hac vice*)
   Allison J. Zolot (admitted *pro hac vice*)
    MAYER BROWN LLP
    1675 Broadway
    New York, New York 10019-5820
    Telephone:  (212) 506-2500
    Fax:  (212) 262-1910
    jconlon@mayerbrown.com
    mware@mayerbrown.com
    azolot@mayerbrown.com

   Damien J. Marshall (admitted *pro hac vice*)
   Andrew Z. Michaelson (admitted *pro hac vice*)
    BOIES, SCHILLER & FLEXNER LLP
    575 Lexington Avenue, 7th Floor
    New York, New York 10022
    Tel:  (212) 446-2300
    Fax:  (212) 446-2350
    dmarshall@bsfllp.com
    amichaelson@bsfllp.com

   Jonathan M. Shaw (admitted *pro hac vice*)
    BOIES, SCHILLER & FLEXNER LLP
    5301 Wisconsin Avenue, N.W.
    Washington, DC 20015
    Tel:  (212) 237-2727
    Fax:  (212) 237-6131
    jshaw@bsfllp.com

Edward J. Normand (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
Fax: (914) 749-8300
enormand@bsfllp.com

*Counsel for Defendants HSBC Securities (USA) Inc.,
Neal Leonard, Gerard Mattia, Todd White and Jon
Voigtman*

EGAN, FLANAGAN AND COHEN, P.C.

By:  */s/ Edward J. McDonough Jr.*
Edward J. McDonough Jr. (BBO 331590)
Stephen E. Spelman (BBO 632089)
Egan, Flanagan and Cohen, P.C.
67 Market Street, P.O. Box 9035
Springfield, Massachusetts 01102
Telephone: (413) 737-0260
Fax: (413) 737-0121
ejm@efclaw.com; ses@efclaw.com

Of counsel:

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Philippe Z. Selendy (admitted *pro hac*)
Jennifer J. Barrett (admitted *pro hac*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Fax (212) 849-7100

A. William Urquhart (admitted *pro hac*)
Harry A. Olivar, Jr. (admitted *pro hac*)
Molly Stephens (admitted *pro hac*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Fax (213) 443-3100

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 8th day of February, 2013.

*/s/ Jonathan Sablone*
_____
Jonathan Sablone
