# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) ) | Civil Action No. 3:11-30039-MAP-KPN |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| DB STRUCTURED PRODUCTS, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) ) | |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) ) | Civil Action No. 3:11-30044-MAP-KPN |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| RBS FINANCIAL PRODUCTS INC. (F/K/A GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.), et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) ) | Civil Action No. 3:11-30047-MAP-KPN |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| DLJ MORTGAGE CAPITAL, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

|  |  |  |
|---|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) | Civil Action No. 3:11-30048-MAP-KPN |
| Plaintiff, | ) | |
| v. | ) | |
| CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., et al., | ) | |
| Defendants. | ) | |

|  |  |  |
|---|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) | Civil Action No. 3:11-30094-MAP-KPN |
| Plaintiff, | ) | |
| v. | ) | |
| JPMORGAN CHASE BANK, N.A., et al., | ) | |
| Defendants. | ) | |

|  |  |  |
|---|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) | Civil Action No. 3:11-30126-MAP-KPN |
| Plaintiff, | ) | |
| v. | ) | |
| GOLDMAN SACHS MORTGAGE COMPANY, et al., | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) | Civil Action No. 3:11-30127-MAP-KPN |
| Plaintiff, | ) | |
| v. | ) | |
| IMPAC FUNDING CORPORATION, et al., | ) | |
| Defendants. | ) | |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) | Civil Action No. 3:11-30141-MAP-KPN |
| Plaintiff, | ) | |
| v. | ) | |
| HSBC BANK USA, NATIONAL ASSOCIATION, et al., | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR APPROVAL OF STIPULATION AND [PROPOSED] ORDER EXPANDING LIMITS ON WRITTEN DISCOVERY**

This matter comes before the Court by Stipulation of Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual") and Defendants in the above-captioned actions (collectively, "Defendants") for the entry of an Order, pursuant to Federal Rule of Civil Procedure 26(b)(2)(A) and Rule 26.1(c) of the Local Rules of the United States District Court for the District of Massachusetts (the "Local Rules"), expanding the limits for interrogatories and requests for admission set forth in the Federal Rules of Civil Procedure and the Local Rules. MassMutual and Defendants having stipulated and agreed to the terms set forth herein by and among their respective counsel, and good cause having been shown, including during the December 4, 2012 Scheduling Conference held before this Court,

IT IS hereby STIPULATED AND AGREED as follows, subject to the approval of the Court:

1.     **Interrogatories:**  In each of the eight above-captioned cases, the parties on each side will be permitted to serve fifty (50) joint interrogatories to the party or parties on the opposing side, and each party will further be permitted to serve twenty (20) additional interrogatories per opposing party to address matters unique to the particular party;

2.     **Requests for Admission:**  In each of the eight above-captioned cases, each party will be permitted to serve twenty-five (25) requests for admission per opposing party, with requests for admission as to the authenticity of documents not counting against the total limit of twenty-five (25).

IT IS SO ORDERED.

Dated: _____, 2013

_____
Kenneth P. Neiman
U.S. Magistrate Judge

1

Dated: February 28, 2013          Respectfully Submitted,

                                  MASSACHUSETTS MUTUAL LIFE INSURANCE
                                  COMPANY

                                  By:  */s/ Edward J. McDonough Jr.*
                                       Edward J. McDonough Jr. (BBO 331590)
                                       Stephen E. Spelman (BBO 632089)
                                       Egan, Flanagan and Cohen, P.C.
                                       67 Market Street, P.O. Box 9035
                                       Springfield, Massachusetts  01102
                                       Telephone:  (413) 737-0260
                                       Fax:  (413) 737-0121
                                       ejm@efclaw.com; ses@efclaw.com

                                       Of counsel:

                                       QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP

                                       Philippe Z. Selendy (admitted *pro hac vice*)
                                       Jennifer J. Barrett (admitted *pro hac vice*)
                                       51 Madison Avenue, 22nd Floor
                                       New York, NY 10010
                                       (212) 849-7000
                                       Fax (212) 849-7100

                                       A. William Urquhart (admitted *pro hac vice*)
                                       Harry A. Olivar, Jr. (admitted *pro hac vice*)
                                       Molly Stephens (admitted *pro hac vice*)
                                       865 South Figueroa Street, 10th Floor
                                       Los Angeles, CA 90017
                                       (213) 443-3000
                                       Fax (213) 443-3100

By   */s/ Kathy B. Weinman*
   Kathy B. Weinman (BBO #541993)
   Azure Abuirmeileh (BBO #670325)
    COLLORA LLP
    100 High Street, 20th Floor
    Boston, Massachusetts 02110
    Telephone:  (617) 371-1000
    Fax:  (617) 371-1037
    kweinman@collorallp.com
    aabuirmeileh@collorallp.com

   Of Counsel:

   Thomas C. Rice (admitted *pro hac vice*)
   David J. Woll (admitted *pro hac vice*)
   Alan Turner (admitted *pro hac vice*)
    SIMPSON THACHER & BARTLETT LLP
    425 Lexington Avenue
    New York, New York 10017
    Telephone:  (212) 455-2000
    Fax:  (212) 455-2502
    trice@stblaw.com
    dwoll@stblaw.com
    aturner@stblaw.com

*Counsel for Defendants Deutsche Bank Securities Inc., Anilesh Ahuja, Michael Commaroto, Richard D'Albert and Richard Ferguson*

*Counsel for Defendants RBS Securities Inc., Joseph N. Walsh III, Robert J. McGinnis, Carol P. Mathis and James M. Esposito*

*Counsel for Defendants UBS Securities LLC and Per Dyrvik*

3

By   */s/ Jonathan Sablone*
   Jonathan Sablone (BBO #632998)
   Matthew T. McLaughlin (BBO #660878)
    NIXON PEABODY LLP
    100 Summer Street
    Boston, Massachusetts 02110
    Telephone:  (617) 345-1342
    Fax:   (866) 947-1729
    jsablone@nixonpeabody.com
    mmclaughlin@nixonpeabody.com

   Of Counsel:

   Richard W. Clary (admitted *pro hac vice*)
   Julie A. North (admitted *pro hac vice*)
   Richard J. Stark (admitted *pro hac vice*)
   Michael T. Reynolds (admitted *pro hac vice*)
   Lauren A. Moskowitz (admitted *pro hac vice*)
    CRAVATH, SWAINE & MOORE LLP
    825 Eighth Avenue
    New York, New York 10019
    Telephone:  (212) 474-1000
    Fax:  (212) 474-3700
    rclary@cravath.com
    jnorth@cravath.com
    rstark@cravath.com
    mreynolds@cravath.com
    lmoskowitz@cravath.com

   *Counsel for Defendants Credit Suisse Securities*
   *(USA) LLC and Jeffrey A. Altabef*

4

By   */s/ Jeffrey L. McCormick*
    Jeffrey L. McCormick (BBO #329740)
     ROBINSON DONOVAN, P.C.
     1500 Main Street, Suite 1600
     Springfield, Massachusetts 01115
     Telephone:  (413) 732-2301
     Fax:  (413) 785-4658
     jmccormick@robinsondonovan.com

*Counsel for Defendants J.P. Morgan Securities LLC, WaMu Capital Corporation, Joseph T. Jurkowski, Jr., David M. Duzyk, Louis Schioppo, Jr., William A. King, Thomas F. Marano, Michael B. Nierenberg, Jeffrey L. Verschleiser, David Beck, Diane Novak, and Samuel L. Molinaro, Jr.*


Of Counsel:

Robert H. Baron (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
J. Wesley Earnhardt (admitted *pro hac vice*)
   CRAVATH, SWAINE & MOORE LLP
   825 Eighth Avenue
   New York, NY 10019
   Telephone:  (212) 474-1000
   Fax:  (212) 474-3700
   rbaron@cravath.com
   kdemasi@cravath.com
   wearnhardt@cravath.com

*Counsel for Defendants J.P. Morgan Securities LLC, WaMu Capital Corporation, Joseph T. Jurkowski, Jr., David M. Duzyk, Louis Schioppo, Jr., and William A. King*

5

Of Counsel:

Joel C. Haims (admitted *pro hac vice*)
LaShann M. DeArcy (admitted *pro hac vice*)
   MORRISON & FOERSTER LLP
   1290 Avenue of the Americas
   New York, New York 10104
   Telephone:  (212) 468-8000
   Fax:  (212) 468-7900
   jhaims@mofo.com
   ldearcy@mofo.com

*Counsel for Defendants Thomas F. Marano and
Michael B. Nierenberg*

Of Counsel:

Dani R. James (admitted *pro hac vice*)
Jade A. Burns (admitted *pro hac vice*)
   KRAMER LEVIN NAFTALIS & FRANKEL LLP
   1177 Avenue of the Americas
   New York, NY 10036
   Telephone:  (212) 715-9100
   Fax:  (212) 715-8000
   djames@kramerlevin.com
   jburns@kramerlevin.com

*Counsel for Defendant Jeffrey L. Verschleiser*

Of Counsel:

Theresa Trzaskoma (admitted *pro hac vice*)
David Elbaum (admitted *pro hac vice*)
   BRUNE & RICHARD LLP
   One Battery Park Plaza
   New York, NY  10004
   Telephone  (212) 668-1900
   Fax:  (212) 668-0315
   ttrzaskoma@bruneandrichard.com
   delbaum@bruneandrichard.com

*Counsel for Defendants David Beck and Diane
Novak*

Of Counsel:

Pamela Rogers Chepiga (admitted *pro hac vice*)
Josephine A. Cheatham (admitted *pro hac vice*)
  ALLEN & OVERY LLP
  1221 Avenue of the Americas
  New York, New York 10020
  Telephone:  (212) 756-1125
  pamela.chepiga@allenovery.com
  allie.cheatham@allenovery.com

*Counsel for Defendant Samuel L. Molinaro, Jr.*


By   */s/ Philip A. O'Connell, Jr.*
  Philip A. O'Connell, Jr. (BBO #649343)
  SNR DENTON US LLP
  101 Federal Street, Suite 2750
  Boston, Massachusetts 02110
  Telephone:  (617) 235-6802
  Fax:  (617) 235-6899
  philip.oconnelljr@snrdenton.com

Of Counsel:

Sandra D. Hauser (admitted *pro hac vice*)
Patrick E. Fitzmaurice (admitted *pro hac vice*)
  SNR DENTON US LLP
  1221 Avenue of the Americas
  New York, New York 10020
  Telephone:  (212) 768-6700
  Fax:  (212) 768-6800
  sandra.hauser@snrdenton.com
  patrick.fitzmaurice@snrdenton.com

*Counsel for Defendant Matthew E. Perkins*

By   */s/ Michael Pastore*

Michael Pastore (BBO #669692)
GREENBERG TRAURIG, LLP
One International Place
Boston, MA  02110
Telephone:  (617) 310-6000
Fax:  (617) 310-6001
pastorem@gtlaw.com

Of Counsel:

Richard A. Edlin (admitted *pro hac vice*)
Ronald D. Lefton (admitted *pro hac vice*)
Candace Camarata (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY  10166
Telephone: (212) 801-9200
Fax: (212)801-6400
edlinr@gtlaw.com
leftonr@gtlaw.com
camaratac@gtlaw.com

*Counsel for Defendant Jeffrey Mayer*

8

By   */s/ Mark A. Berthiaume*
   Mark A. Berthiaume (BBO #041715)
   GREENBERG TRAURIG, LLP
   One International Place
   Boston, Massachusetts 02110
   Telephone:  (617) 310-6007
   Fax:  (617) 310-6001
   berthiaumem@gtlaw.com

Of Counsel:

Richard H. Klapper (admitted *pro hac vice*)
David M.J. Rein (admitted *pro hac vice*)
   SULLIVAN & CROMWELL LLP
   125 Broad Street
   New York, NY 10004-2498
   Telephone:  (212) 558-4000
   Fax:  (212) 558-3588
   klapperr@sullcrom.com
   reind@sullcrom.com

*Counsel for Defendant Goldman, Sachs & Co.*

By   */s/ Gary R. Greenberg*
   Gary R. Greenberg (BBO #209420)
    GREENBERG TRAURIG, LLP
    One International Place
    Boston, MA 02110
    Telephone:  (617) 310-6000
    Fax:  (617) 310-6001
    greenbergg@gtlaw.com

   Of Counsel:

   Joseph J. Frank (admitted *pro hac vice*)
   Steven J. Fink (admitted *pro hac vice*)
   Matthew L. Craner (admitted *pro hac vice*)
   Charles J. Ha (admitted *pro hac vice*)
    ORRICK HERRINGTON & SUTCLIFFE LLP
    51 W. 52nd Street
    New York, NY 10019
    Telephone:  (212) 506-5000
    Fax:  (212) 506-5151
    jfrank@orrick.com
    sfink@orrick.com
    mcraner@orrick.com
    charlesha@orrick.com

   *Counsel for Defendant Barclays Capital Inc.*

By   */s/ Joseph F. Ryan*
   Joseph F. Ryan (BBO #435720)
    LYNE, WOODWORTH & EVARTS LLP
    12 Post Office Square
    Boston, Massachusetts 02109
    Telephone:  (617) 523-6655
    Fax:  (617) 248-9877
    JRyan@lwelaw.com

   Of Counsel:

   John M. Conlon (admitted *pro hac vice*)
    MAYER BROWN LLP
    1675 Broadway
    New York, New York 10019-5820
    Telephone:  (212) 506-2500
    Fax:  (212) 262-1910
    jconlon@mayerbrown.com

Damien J. Marshall (admitted *pro hac vice*)
Andrew Z. Michaelson (admitted *pro hac vice*)
  BOIES, SCHILLER & FLEXNER LLP
  575 Lexington Avenue, 7th Floor
  New York, New York 10022
  Tel:  (212) 446-2300
  Fax:  (212) 446-2350
  dmarshall@bsfllp.com
  amichaelson@bsfllp.com

Jonathan M. Shaw (admitted *pro hac vice*)
  BOIES, SCHILLER & FLEXNER LLP
  5301 Wisconsin Avenue, N.W.
  Washington, DC 20015
  Tel:  (212) 237-2727
  Fax:  (212) 237-6131
  jshaw@bsfllp.com

Edward J. Normand (admitted *pro hac vice*)
  BOIES, SCHILLER & FLEXNER LLP
  333 Main Street
  Armonk, NY 10504
  Tel:  (914) 749-8200
  Fax:  (914) 749-8300
  enormand@bsfllp.com

*Counsel for Defendants HSBC Securities (USA) Inc.,*
*Neal Leonard, Gerard Mattia, Todd White and Jon*
*Voigtman*

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 28th day of February, 2013.

/s/ Edward J. McDonough Jr.
_____
Edward J. McDonough Jr., Esq.