UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.; DJL MORTGAGE CAPITAL, INC.; UBS REAL ESTATE SECURITIES INC.; CREDIT SUISSE SECURITIES (USA) LLC; UBS SECURITIES LLC; LEE FARKAS; PAUL R. ALLEN; RAY BOWMAN; DELTON DE'ARMAS; DESIREE E. BROWN; ANDREW A. KIMURA; JEFFREY A. ALTABEF; EVELYN ECHEVARRIA; MICHAEL A. MARRIOTT; THOMAS ZINGALLI, DAVID MARTIN; PER DYRVIK; HUGH CORCORAN; and PETER SLAGOWITZ,<br><br>Defendants. | C.A. No. 3:11-cv-30048-MAP |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for the plaintiff Massachusetts Mutual Life Insurance Company in the above-captioned matter.

THE PLAINTIFF,
By Its Attorneys

*/s/ John J. Egan*
John J. Egan, BBO #151680
Egan, Flanagan and Cohen, P.C.
67 Market Street, P.O. Box 9035
Springfield, MA 01102-9035
(413) 737-0260; Fax (413) 737-0121
Email: jje@efclaw.com

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies of this document will be mailed, first-class mail, postage prepaid, to non-registered participants on March 7, 2013.

                                          */s/ John J. Egan*
                                          John J. Egan