UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br>    Plaintiff,<br><br>v.<br><br>CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP, et al.,<br><br>    Defendants. | No. 3:11-cv-30048-MAP |

## ASSENTED-TO MOTION FOR ZACHARY S. ZWILLINGER TO APPEAR *PRO HAC VICE*

  The undersigned, counsel for Credit Suisse Securities (USA) LLC and Jeffrey A. Altabef (collectively, "Defendants") and a member of the bar of this Court, hereby requests, pursuant to Local Rule 83.5.3, that Zachary S. Zwillinger, an associate with the law firm Cravath, Swaine & Moore LLP, located in New York, New York, be permitted to appear as counsel for the Defendants and practice in this Court *pro hac vice*.

  Mr. Zwillinger has a prior relationship with the Defendants, which will be of assistance in litigating this case on behalf of the Defendants. The declaration of Mr. Zwillinger is being filed concurrently herewith, setting forth the information required under Local Rule 83.5.3.

## LOCAL RULE 7.1 CERTIFICATION

I, Jonathan Sablone, certify that I have conferred with counsel for Plaintiff, who assents to this motion.

Dated: March 29, 2013

          Respectfully submitted,

          CREDIT SUISSE SECURITIES (USA) LLC
          AND JEFFREY A. ALTABEF

          By their attorneys:

          /s/ Jonathan Sablone
          Jonathan Sablone (BBO No. 632998)
          Matthew T. McLaughlin (BBO No. 660878)
          Christopher E. Queenin (BBO No. 982736)
          NIXON PEABODY LLP
          100 Summer Street
          Boston, Massachusetts 02110
          Tel: (617) 345-1000
          Fax: (617) 345-1300
          jsablone@nixonpeabody.com
          mmclaughlin@nixonpeabody.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed electronically with the Court through the Electronic Case Files system on March 29, 2013, will be sent electronically to registered counsel of record as identified on the Notice of Electronic Filing ("NEF").

          /s/ Christopher E. Queenin
          Christopher E. Queenin